UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FIRST NATIONAL INSURANCE COMPANY OF AMERICA,

      Plaintiff,

  v.

GREGORY L. HUNT, individually and doing business as Hunt's Excavating; CECILIA HUNT, an individual, and ACTION CONSTRUCTION CO., a Nevada corporation.

      Defendants.
_____/

NO. CIV. 2:10-1449 WBS GGH

ORDER

----oo0oo----

      In the court's June 2, 2011, Order, (Docket No. 26), the court granted plaintiff's motion for summary judgment on its first cause of action for breach of indemnity agreement against all defendants in the amount of $446,164.04.  Plaintiff now seeks to have judgment entered on that claim.

      On June 6, 2011, defendant Gregory L. Hunt filed a Voluntary Petition under Chapter 7 of the United States

1

Bankruptcy Code in the United States Bankruptcy Court for the Eastern District of California, Case No. 11-34096.  This action is thus automatically stayed as to him pursuant to 11 U.S.C. § 362, which prevents the "commencement or continuation . . . of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement" of the bankruptcy action.  11 U.S.C. § 362(a)(1).

        Under Federal Rule of Civil Procedure 54(b), when an action presents more than one claim for relief or when multiple parties are involved, the court "may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay."  Fed. R. Civ. P. 54(b).  The court finds that in this case there is no reason why plaintiff should be denied its remedies against other parties simply because one party is in bankruptcy.

        IT IS THEREFORE ORDERED that judgment in the amount of $446,164.04 be entered in favor of plaintiff and against defendants Cecilia Hunt and Action Construction Co., jointly and severally, on plaintiff's first cause of action for breach of indemnity agreement.

DATED:  July 27, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE