James D. Curran, Esq.  (Bar No. 126586)
jcurran@wolkincurran.com
WOLKIN · CURRAN, LLP
555 Montgomery Street, Suite 1100
San Francisco, California  94111
Telephone:     (415) 982-9390
Facsimile:      (415) 982-4328

Attorneys for Plaintiff
FIRST NATIONAL INSURANCE
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>GREGORY L. HUNT, individually and doing business as Hunt's Excavating; CECILIA HUNT, an individual; and ACTION CONSTRUCTION CO., a Nevada corporation,<br><br>             Defendants. | Case No. 2:10-CV-1449-WBS-DAD<br><br>**ORDER ON STIPULATION OF DISMISSAL, WITHOUT PREJUDICE, AS TO DEFENDANT GREGORY L. HUNT** |

     Based upon the Stipulation of Dismissal, Without Prejudice, filed by Plaintiff FIRST NATIONAL INSURANCE COMPANY OF AMERICA ("First National") and Defendant GREGORY L. HUNT, individually and doing business as Hunt's Excavating ("Hunt"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and good cause appearing therefor,

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the remaining claims asserted by First National against Hunt in the Complaint (Document 2) filed in this

1.

action on June 11, 2010, shall be dismissed, <u>without prejudice</u>.

    Each party shall bear his/her/its own costs and fees.

**IT IS SO ORDERED.**

Dated:  September 19, 2013

                                                    WILLIAM B. SHUBB
                                                  UNITED STATES DISTRICT JUDGE